### SMITH *a.* SMITH.

*Supreme Court, First District; General Term, Sept.*, 1862.

On appeal from the decision in this case at special term (reported *Ante*, 130) to the general term, the order was affirmed by INGRAHAM, CLERKE, and BARNARD, JJ., upon the grounds stated by Mr. Justice Barnard in his decision below.

*William R. Stafford*, for the appellant.

*Ira D. Warren*, for the respondent.

### VON SCHŒNING *a.* BUCHANAN.

*New York Superior Court; General Term, May*, 1862.

[The following opinion of the chief justice should have been inserted in our report of the case, *Ante*, 185, but was not received at the time that report was published.]

BOSWORTH, Ch. J.—Section 304, subd. 2, of the Code, enacts that "costs shall be allowed, of course, to the plaintiff upon a recovery" (§ 304) "in an action to recover the possession of personal property." (Subd. 2 of § 304.)